COGBURN LAW OFFICES
Jamie S. Cogburn, Esq.
Nevada Bar No.: 8409
jsc@cogburnlaw.com
9555 S. Eastern Ave., #280
Las Vegas, NV 89123
Tel: (702) 384-3616
Fax: (702) 943-1936

LEVI & KORSINSKY, LLP
Shannon Hopkins, Esq. *(admitted pro hac vice)*
Allen Schwartz, Esq. *(admitted pro hac vice)*
30 Broad Street, 15th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WALTER WASILEFF, derivatively on behalf of Nominal Defendant WONDER AUTO TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LARRY GOLDMAN, XIANZHANG WANG, QINGDONG ZENG, XIAOYU ZHANG, QINGJIE ZHAO, MERIRONG YUAN, YUNCONG MA, DAVID MURPHY, and XINGYE ZHANG,<br><br>Defendants.<br><br>and<br><br>WONDER AUTO TECHNOLOGY, INC., a Nevada Corporation,<br><br>Nominal Defendant | Lead Case No.: 2:11-CV-1022-GMN-CWH<br><br>Consolidated with member cases:<br>2:11-cv-01108-GMN -CWH<br>2:11-cv-01090-GMN -CWH<br><br>**ORDER APPOINTING<br>LEVI & KORSINSKY LLP AND<br>DOYLE LOWTHER LLP AS CO-LEAD<br>COUNSEL AND THE COGBURN LAW<br>OFFICES AND ALDRICH LAW FIRM,<br>LTD AS CO-LIAISON COUNSEL** |

Presently before the Court is Plaintiffs' motion for appointment of the law firms of Levi & Korsinsky LLP and Doyle Lowther LLP as Co-Lead Counsel in the consolidated action and appointment of the Cogburn Law Offices and Aldrich Law Firm, Ltd. as Co-Liaison Counsel in

the consolidated action. Having granted Plaintiffs' motion for consolidation on October 17, 2011, and upon consideration of the motions and supporting papers for appointment of co-lead counsel and co-liaison counsel in the above-captioned consolidated action and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**;

2. The law firms of Levi & Korsinsky LLP and Doyle Lowther LLP, are hereby **APPOINTED** to serve as Co-Lead Counsel in the consolidated action; and

3. The law firms of Cogburn Law Offices and Aldrich Law Firm, Ltd. as Co-Liaison Counsel, are hereby **APPOINTED** to serve as Co-Liaison Counsel in the consolidated action.

**IT IS SO ORDERED** this 25th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge