COGBURN LAW OFFICES
Jamie S. Cogburn, Esq.
Nevada Bar No.: 8409
jsc@cogburnlaw.com
9555 S. Eastern Ave., #280
Las Vegas, NV 89123
Tel: (702) 384-3616
Fax: (702) 943-1936

LEVI & KORSINSKY, LLP
Shannon Hopkins, Esq. *(admitted pro hac vice)*
Allen Schwartz, Esq. *(admitted pro hac vice)*
30 Broad Street, 15th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WALTER WASILEFF, derivatively on behalf of Nominal Defendant WONDER AUTO TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> LARRY GOLDMAN, XIANZHANG WANG, QINGDONG ZENG, XIAOYU ZHANG, QINGJIE ZHAO, MERIRONG YUAN, YUNCONG MA, DAVID MURPHY, and XINGYE ZHANG, <br><br> Defendants. <br><br> and <br><br> WONDER AUTO TECHNOLOGY, INC., a Nevada Corporation, <br><br> Nominal Defendant | Lead Case No.: 2:11-CV-1022-GMN-CWH <br><br> Consolidated with member cases: <br> 2:11-cv-01108-GMN -CWH <br> 2:11-cv-01090-GMN -CWH <br><br> **ORDER APPOINTING <br> LEVI & KORSINSKY LLP AND <br> DOYLE LOWTHER LLP AS CO-LEAD <br> COUNSEL AND THE COGBURN LAW <br> <u>OFFICES AND ALDRICH LAW FIRM,</u> <br> <u>LTD AS CO-LIAISON COUNSEL</u>** |

Presently before the Court is Plaintiffs' motion for appointment of the law firms of Levi & Korsinsky LLP and Doyle Lowther LLP as Co-Lead Counsel in the consolidated action and appointment of the Cogburn Law Offices and Aldrich Law Firm, Ltd. as Co-Liaison Counsel in

the consolidated action. Having granted Plaintiffs' motion for consolidation on October 17, 2011, and upon consideration of the motions and supporting papers for appointment of co-lead counsel and co-liaison counsel in the above-captioned consolidated action and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**;

2. The law firms of Levi & Korsinsky LLP and Doyle Lowther LLP, are hereby **APPOINTED** to serve as Co-Lead Counsel in the consolidated action; and

3. The law firms of Cogburn Law Offices and Aldrich Law Firm, Ltd. as Co-Liaison Counsel, are hereby **APPOINTED** to serve as Co-Liaison Counsel in the consolidated action.

**IT IS SO ORDERED** this 25th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge