1  [COUNSEL IDENTIFIED ON SIGNATURE PAGE]
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                           DISTRICT OF NEVADA
10

| | |
|---|---|
| WALTER WASILEFF, derivatively on behalf of Nominal Defendant WONDER AUTO TECHNOLOGY, INC.<br><br>        Plaintiff<br><br>vs.<br><br>LARRY GOLDMAN, XIANZHANG WANG, QINGDONG ZENG, XIAOYU ZHANG, QINGJIE ZHAO, MEIRONG YUAN, YUNCONG MA, DAVID MURPHY, and XINGYE ZHANG,<br><br>        Defendants,<br><br>-and-<br><br>WONDER AUTO TECHNOLOGY, INC., a Nevada Corporation<br><br>        Nominal Defendant. | Lead Case No. 2:11-cv-01022-GMN-CWH<br><br>Consolidated with member cases:<br>2:11-CV-1108-GMN-CWH<br>2:11-CV-1090-GMN-CWH<br><br>**NOTICE AND ORDER**<br>**OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Walter Wasileff and Veer Gidwaney ("Plaintiffs") hereby dismiss the above-captioned consolidated action, with prejudice.

DATED: June 13, 2013

**ALDRICH LAW FIRM, LTD.**

/s/ John P. Aldrich
John P. Aldrich, Esq.
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Tel: (702) 853-5490
Fax: (702) 227-1975
jaldrich@johnaldrichlawfirm.com

**COGBURN LAW OFFICES**
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
9555 S. Eastern Ave., Suite 280
Las Vegas, NV 89123
Telephone: (702) 384-3616
Telecopier: (702) 943-1936

*Co-Liaison Counsel for Plaintiffs*

**DOYLE LOWTHER LLP**
William J. Doyle II
bill@doylelowther.com
John A. Lowther
john@doylelowther.com
James R. Hail
jim@doylelowther.com
10200 Willow Creek Rd, Suite 150
San Diego, California 92131
Tel: (858) 935-9960
Fax: (858) 939-1939

-and-

1

LEVI & KORSINSKY, LLP
Shannon L. Hopkins, Esq.
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Telecopier: (212) 363-7171

*Co-Lead Counsel for Plaintiffs*

## ORDER

**IT IS SO ORDERED** this 19th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge