[COUNSEL IDENTIFIED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WALTER WASILEFF, derivatively on behalf of Nominal Defendant WONDER AUTO TECHNOLOGY, INC.<br><br>    Plaintiff<br><br>vs.<br><br>LARRY GOLDMAN, XIANZHANG WANG, QINGDONG ZENG, XIAOYU ZHANG, QINGJIE ZHAO, MEIRONG YUAN, YUNCONG MA, DAVID MURPHY, and XINGYE ZHANG,<br><br>    Defendants,<br><br>    -and-<br><br>WONDER AUTO TECHNOLOGY, INC., a Nevada Corporation<br><br>    Nominal Defendant. | Lead Case No. 2:11-cv-01022-GMN-CWH<br><br>Consolidated with member cases:<br>2:11-CV-1108-GMN-CWH<br>2:11-CV-1090-GMN-CWH<br><br>**NOTICE AND ORDER**<br>**OF VOLUNTARY DISMISSAL** |

1  PLEASE TAKE NOTICE that, pursuant Rule 41(a)(1)(A)(i) of the Federal Rules of
2  Civil Procedure, plaintiffs Walter Wasileff and Veer Gidwaney ("Plaintiffs") hereby dismiss
3  the above-captioned consolidated action, with prejudice.

4
5  DATED: June 13, 2013          **ALDRICH LAW FIRM, LTD.**

6
7                                 /s/ John P. Aldrich
                                   John P. Aldrich, Esq.
                                   1601 S. Rainbow Blvd., Suite 160
8                                  Las Vegas, Nevada 89146
                                   Tel: (702) 853-5490
9                                  Fax: (702) 227-1975
10                                 jaldrich@johnaldrichlawfirm.com

11                                **COGBURN LAW OFFICES**
                                   Jamie S. Cogburn, Esq.
12                                 Nevada Bar No. 8409
                                   9555 S. Eastern Ave., Suite 280
13                                 Las Vegas, NV 89123
                                   Telephone: (702) 384-3616
14                                 Telecopier: (702) 943-1936

15
                                   *Co-Liaison Counsel for Plaintiffs*
16
17                                **DOYLE LOWTHER LLP**
                                   William J. Doyle II
18                                 bill@doylelowther.com
                                   John A. Lowther
19                                 john@doylelowther.com
                                   James R. Hail
20                                 jim@doylelowther.com
                                   10200 Willow Creek Rd, Suite 150
21                                 San Diego, California 92131
                                   Tel: (858) 935-9960
22                                 Fax: (858) 939-1939

23
                                              -and-
24
25
26
27
28

|   |   |
|---|---|
| 1 | |
| 2 | LEVI & KORSINSKY, LLP |
|   | Shannon L. Hopkins, Esq. |
|   | 30 Broad Street, 24th Floor |
|   | New York, New York 10004 |
|   | Telephone: (212) 363-7500 |
|   | Telecopier: (212) 363-7171 |

*Co-Lead Counsel for Plaintiffs*

## ORDER

**IT IS SO ORDERED** this 19th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge

2