[COUNSEL IDENTIFIED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER CHAO and ANGEL CHAO, Derivatively on Behalf of WONDER AUTO TECHNOLOGY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>QINGJIE ZHAO, MEIRONG YUAN, QINGDON ZENG, LARRY GOLDMAN, XIAOYU ZHANG, and XIANZHANG WANG,<br><br>Defendants,<br><br>-and-<br><br>WONDER AUTON TECHNOLOGY, INC., a Nevada corporation,<br><br>Nominal Defendant. | Lead Case No. 2:11-cv-01022-JAD-CWH<br><br>Consolidated with member cases:<br>2:11-CV-1108-JAD-CWH<br>2: 11-CV-1090-JAD-CWH<br><br>**NOTICE AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Jennifer Chao and Angel Chao (collectively, Chao Plaintiffs) join in the dismissal of the above-captioned consolidated action, with prejudice, and to the extent it remains pending, dismiss with prejudice the member action filed as case number 2:11-cv-1108-JAD-CWH. Each side to bear their own costs and fees.

DATED: September 13, 2013

LEVERTY & ASSOCIATES LAW CHTD.
PATRICK R. LEVERTY

/s/ *Patrick R. Leverty*
PATRICK R. LEVERTY

832 Willow Street
Reno, NV 89502
Telephone: (775) 332-6636
Facsimile:  (775) 332-3953

DEANS & LYONS, L.L.P.
HAMILTON LINDLEY
325 North Saint Paul Street
Dallas, TX 75201
Telephone: 214-736-7861
Facsimile:  214-965-8505
Counsel for Plaintiffs Jennifer Chao and Angel Chao

**O R D E R**

**IT IS SO ORDERED:**  September 13, 2013.

_____
UNITED STATES DISTRICT JUDGE

- 1 -