[COUNSEL IDENTIFIED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER CHAO and ANGEL CHAO, Derivatively on Behalf of WONDER AUTO TECHNOLOGY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>QINGJIE ZHAO, MEIRONG YUAN, QINGDON ZENG, LARRY GOLDMAN, XIAOYU ZHANG, and XIANZHANG WANG,<br><br>Defendants,<br><br>-and-<br><br>WONDER AUTON TECHNOLOGY, INC., a Nevada corporation,<br><br>Nominal Defendant. | Lead Case No. 2:11-cv-01022-JAD-CWH<br><br>Consolidated with member cases:<br>2:11-CV-1108-JAD-CWH<br>2: 11-CV-1090-JAD-CWH<br><br>**NOTICE AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i)of the Federal Rules of Civil Procedure, plaintiffs Jennifer Chao and Angel Chao (collectively, Chao Plaintiffs) join in the dismissal of the above-captioned consolidated action, with prejudice, and to the extent it remains pending, dismiss with prejudice the member action filed as case number 2:11-cv-1108-JAD-CWH. Each side to bear their own costs and fees.

DATED: September 13, 2013

LEVERTY & ASSOCIATES LAW CHTD.
PATRICK R. LEVERTY

/s/ *Patrick R. Leverty*
PATRICK R. LEVERTY

832 Willow Street
Reno, NV 89502
Telephone: (775) 332-6636
Facsimile:  (775) 332-3953

DEANS & LYONS, L.L.P.
HAMILTON LINDLEY
325 North Saint Paul Street
Dallas, TX 75201
Telephone: 214-736-7861
Facsimile:  214-965-8505
Counsel for Plaintiffs Jennifer Chao and Angel Chao

**O R D E R**

**IT IS SO ORDERED:**  September 13, 2013.

_____
UNITED STATES DISTRICT JUDGE